# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| JANICE GREEN, | § | |
| Plaintiff, | § § § | |
| v. | § § | Case No. 6:20-cv-365-JDK |
| ETHICON INC. and JOHNSON & JOHNSON, | § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

Before the Court is Parties' Joint Stipulation of Dismissal with Prejudice (Docket No. 174), brought pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Having considered the matter, it is **ORDERED** that Plaintiff's claims against Defendants are hereby **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that all attorneys' fees and costs are to be borne by the party that incurred them.

So ordered and signed on this
Jan 7, 2021

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE