IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| JANICE GREEN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | Case No. 6:20-cv-365-JDK |
| ETHICON INC. and JOHNSON & § | |
| JOHNSON, § | |
| § | |
| Defendant. § | |

# FINAL JUDGMENT

The Court, having granted Parties' Joint Stipulation of Dismissal with Prejudice (Docket No. 174), hereby enters **FINAL JUDGMENT**.

**IT IS ORDERED** that Plaintiff's case is **DISMISSED WITH PREJUDICE**.

All pending motions are **DENIED** as **MOOT**. All expenses, costs, and attorneys' fees are to be borne by the party that incurred them. The Clerk of the Court is instructed to close this case.

**So ordered and signed on this**
Jan 7, 2021

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE